No. 813. ESTATE OF GEIGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Phillip Steve Dandos* and *James M. McNally* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Harold C. Wilkenfeld* for respondent.

No. 819. REOUX *v.* FIRST NATIONAL BANK OF GLENS FALLS, EXECUTOR. Ct. App. N. Y. Certiorari denied. *Peyton Ford* for petitioner. *Carl O. Olson* for respondent.

No. 767. SMALDONE *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Edward S. Barlock* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 768. SALARDINO *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Edward S. Barlock* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 102, Misc. SHIPP *v.* WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 169, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.